| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No. |

| | |
|---|---|
| Name of Debtor:<br>**JITA JONES** | Name of Debtor: |
| All other names used by Debtor in the past six years: | All other names used by Joint Debtor in the past six years: |
| Social Security / Tax ID No.:<br>XXX-XX-7164 | Social Security / Tax ID No.: |
| Street Address of Debtor:<br>15135 Meadows Lane<br>Dolton, Illinois  60419 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |

Mailing Address of Debtor or of Joint Debtor (if different from street address)

_____

Location of Principal Assets of Debtor
Cook County, Illinois

## Information regarding Debtor(s) (Check applicable spaces)

**Venue**
X      Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.

**Type of Debtor**                                           **Chapter of Bankruptcy Code of Filing**
X__    Individual                                            X__   Chapter 7           ___ Chapter 11
___    Corporation                                           ____  Chapter 13          ___ Chapter 12

**Nature of Debt**                                           **Filing Fee**
X__    Consumer / Non-business                               X__   Full filing fee attached

**Statistical or Administrative Information (Estimates Only)**
____   Debtor estimates that funds will be available for distribution to unsecured creditors.
X___   Debtor estimates that, after exempt property is excluded and administrative expenses paid, there will be no
       funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__    1 – 15            ____   16 – 49            ____   50 or more

**Estimated Assets**
X__    $0 – $100,000              ____   $100,001 or greater

**Estimated Debts**
X__    $0 – $100,000              ____   $100,001 or greater

**VOLUNTARY PETITION**          Name of Debtor(s):
                               **JITA JONES**

**Prior Bankruptcy Case filed within the last six (6) years (if more than one attach additional sheet)**
Location of Filing:        Case Number:        Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:        Case Number:        Date of Filing:

## SIGNATURES
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ JITA JONES_____
Signature of Debtor JITA JONES




_____
Date June 29, 2007

**SIGNATURE OF ATTORNEY FOR DEBTOR**

_____/s/_Michael J. Greco_____
Michael J. Greco, Attorney for Debtor(s)

Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60610
(312) 222-0599
Atty. No. 06201254

Date:  June 29, 2007

Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to him / them the relief available to him / them under each Chapter.

Respectfully submitted,

By:_____/s/_Michael J. Greco ___
        Michael J. Greco, Attorney for Debtor(s)

Date:  June 29, 2007

**In re: JITA JONES,**                    Case No.
**Debtors.**

## SCHEDULE A – REAL PROPERTY

[Debtor holds no interest in real property]

| Description and location of property | H W J C | Nature of Debtor's Interest in Property | Current Market Value of Debtor's Interest without Deducting claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| | | TOTAL | $000.00 | Report also on Summary of Schedules) |

## SCHEDULE B – PERSONAL PROPERTY

| Type of property | N O N E | Description and location of property | H W J C | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 1. Cash on Hand | | Cash on Hand | | $500.00 |
| 2. Checking, savings or other financial accounts | N | | | |
| 3. Security deposits with public utilities, landlords | N | | | |
| 4. Household goods and furnishings (audio, video) | | TV, CD player, discman audio player, personal effects | | $330.00 |
| 5. Books, pictures and art objects, record, tape and compact disc collections, other collectibles. | | Compact disc collection | | $70.00 |
| 6. Wearing apparel | | Wearing apparel | | $500.00 |
| 7. Furs and jewellery | N | | | |
| 8. Firearms, photographic, sports,and hobby equipment | N | | | |
| 9. Interests in insurance policies. (Name insurance company of each policy and surrender or refund value | N | | | |

**In re: JITA JONES,        Debtors        Case No.**

## SCHEDULE B – PERSONAL PROPERTY (continued)

| Type of property | NONE | Description and location of property | H W J C | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 10. Annuities (name issuers) | N | | | |
| 11. Interests in IRA, Keogh, ERISA, or other pension or Profit sharing plans. Itemize. | N | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds, negotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony/maintenance, support and property settlements to which debtors may be entitled. | N | | | |
| 17. Tax refunds and other liquidated debts owed to debtors. | N | | | |
| 18. Equitable or future interests, life estates, powers fbo debtor. | N | | | |
| 19. Contingent and non-contingent interests in estate of decedent. | N | | | |
| 20. Liquidated and unliquidated claims, including counterclaims. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Itemize. | N | | | |
| 22. Licenses, franchises and other general intangibles. | N | | | |
| 23. Automobiles, trucks, trailers, other vehicles and accessories. | N | | | |
| 24. Boats, motors, accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings, and supplies. | N | | | |
| 27. Machinery, fixtures, supplies and equipment used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | N | | | |
| 30. Crops – growing or harvested. | N | | | |
| 31. Farm equipment, implements. | N | | | |
| 32. Farm supplies, chemicals, feed. | N | | | |
| 33. Other personal property of all descriptions not listed above. Itemize. | N | | | |

                                            **TOTAL        $1,400.00**

_____0_____ continuation sheets attached        (Report Total also on Summary of Schedules)

**In re:  JITA JONES,         Debtors     Case No.**

## SCHEDULE C –PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which Debtor is entitled under:
____ 11 U.S.C. 522(b)(1):  Exemptions provided in 11 U.S.C. 522(d).  (Not available in all states.)
_X__ 11 U.S.C. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal or state law.

| Description of property | Specify law Providing each Exemption | Value of Exemption Claimed | Current Market Value of Property without deducting exemption |
|---|---|---|---|
| Cash on Hand | 735 ILCS Sec. 5/12-1001(b) | $4,000.00 | $500.00 |
| TV, CD player, discman audio player, personal effects | 735 ILCS Sec. 5/12-1001(b) | $4,000.00 | $330.00 |
| Compact disc collection | 735 ILCS Sec. 5/12-1001(b) | $4,000.00 | $70.00 |
| Wearing apparel | 735 ILCS Sec. 5/12-1001(a) | $300.00 | $500.00 |

**In re:  JITA JONES,         Debtors     Case No.**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Account No.<br>Consumer Portfolio Services<br>16355 Laguna Canyon Road<br>Irvine, CA  92618 | | 2006 Jeep Liberty automobile<br>Property purchased 2006<br>Value:  $23,400.00 | $23,400.00 | |

TOTAL       $23,400.00

\_\_0\_\_ continuation sheets attached              (Report also on Summary of Schedules)

**In re:  JITA JONES,        Debtors    Case No.**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

_X_  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.  11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.  11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority |
|---|---|---|---|---|---|
| | | | | | |

                                              TOTAL          $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re: JITA JONES,        Debtors        Case No.**

**SCHEDULE F -- Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.<br>HSBC Bank USA, NA<br>PO Box 2013<br>Buffalo, NY  14240 | | Revolving Credit line | | $1,244.00 |
| Acct No.<br>Union Bank of California<br>530 B Street<br>Suite 100<br>San Diego, CA  92101 | | Revolving Credit line | | $642.00 |
| Acct No.<br>Montgomery Ward<br>PO Box 2789<br>Cedar Rapids, IA  52406 | | Revolving Credit line | | $689.00 |
| Acct No.<br>Tribute<br>1696 Georgetown Road<br>Suite F<br>Hudson, OH   44236-4094 | | Revolving Credit line | | $623.00 |
| Acct No.<br>U. S. Department of Education<br>Office of Chief Financial Officer<br>400 Maryland Avenue SW<br>Washington, DC  20202 | | Student loan | | $5,586.00 |

                                                           TOTAL     $8,784.00

__0__ continuation sheets attached                         (Report also on Summary of Schedules)

**In re:  JITA JONES,        Debtors        Case No.**

**SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

__X___  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| | |

**In re:  JITA JONES,          Debtors      Case No.**

### SCHEDULE H – CO-DEBTORS

___X___  Check this box if debtor has no co-debtors to report on this Schedule H.

Name and Mailing Address of Codebtor                    Name and Mailing Address of Creditor

**In re:  JITA JONES,        Debtors     Case No.**

## SCHEDULE I – STATEMENT OF CURRENT MONTHLY INCOME OF INDIVIDUAL DEBTOR

| **Debtor's Marital Status** | **Dependents of Debtor and Spouse** | | |
|---|---|---|---|
| | Name | Age | Relationship |
| Single | Jasmine Bonaparte | 15 | Daughter |
| | Tjeie Bonaparte | 11 | Son |

| **Employment** | **Debtor** | **Spouse** |
|---|---|---|
| **Occupation** | Administrative Assistant | |
| **Name of Employer** | Ungaretti & Harris | |
| **Period Employed** | 9 months | |
| **Address of Employer** | 3 First National Plaza 3500 | |
| | Chicago, IL  60602 | |

| **Income** | **Debtor** | **Spouse** |
|---|---|---|
| **Monthly Gross Wages** | $2,916.66 | |
| **Estimated Overtime** | $0.00 | |
| **Subtotal Gross Wages** | $2,916.66 | |

| **Less Payroll Deductions** | **Debtor** | **Spouse** |
|---|---|---|
| a. Payroll Taxes / SS | $394.00 | |
| b. Insurance | $128.00 | |
| c. Union Dues | $0.00 | |
| d. Other (specify) | | |
| **Subtotal Payroll Deductions** | $522.00 | |
| TOTAL NET MONTHLY EARNINGS | $2,394.66 | |

| | | |
|---|---|---|
| Regular Income -- operation of business, Profession or farm (attach detailed statement) | _____ | |
| Income from Real Property | _____ | |
| Interest and Dividends | _____ | |
| Alimony, maintenance and support paid to Debtor or dependent | _____ | |
| Social Security or governmental assistance | _____ | |
| Pension or retirement income | _____ | |
| Other income (specify) | _____ | |

TOTAL MONTHLY INCOME           $2,394.66

**TOTAL COMBINED MONTHLY INCOME of Debtor and Spouse     $2,394.66**

**In re:  JITA JONES,        Debtors      Case No.**

## SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

___   Check if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent of Home Mortgage payment (include lot rented for mobile home) | $300.00 |
| Are real estate taxes included?  ___yes   ___ no  Property Insurance? __ yes ___ no | |
| Utilities:   Electricity and heating fuel | $0.00 |
|     Water and Sewer | $0.00 |
|     Telephone | $50.00 |
|     Other | |
| Home maintenance (repairs and upkeep) | $50.00 |
| Personal Hygiene | $75.00 |
| Food | $400.00 |
| Clothing | $70.00 |
| Laundry and Dry Cleaning | $45.00 |
| Medical and Dental Expenses | $80.00 |
| Transportation (not including car payments) | $153.00 |
| Recreation, clubs, entertainment, newspapers, magazines | $200.00 |
| Charitable contributions | $0.00 |

Insurance (not deducted from wages or included in home mortgage payments)
    Homeowners' or renter's
    Life
    Health
    Auto

Taxes (not deducted from wages or included in home mortgage payments)

Installment payments (in Chapter 12 and 13 cases, do not list payments to
Be included in the plan)
    Auto
    Other

Alimony, maintenance and support paid to others
Payments for support of additional dependents
Regular expenses from operation of business
Other

| | |
|---|---|
| TOTAL MONTHLY EXPENSES (Report also in Summary of Schedules) | $1,423.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
    A.    Total projected monthly income
    B.    Total projected monthly expenses
    C.    Excess Income (A minus B)
    D.    Total amount to be paid into plan each  _____
                                                                  (interval)

**In re:  JITA JONES,         Debtors        Case No.**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eleven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        06/29/2007

Signature (electronic):_____/S/_____
JITA JONES